1  Robert E Jesinger, SBN 59550
   WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER
2  2125 Canoas Garden Avenue Suite 120
   San Jose, CA 95125
3  Telephone:    408.979.2920
   Facsimile:    408.979.2934
4  rjesinger@wmjpr.com

5  Attorney for Plaintiffs

6  Steven Paul Cohn, SBN 96808
   ADVOCACY CENTER FOR EMPLOYMENT LAW
7  2084 Alameda Way
   San Jose, CA 95126
8  Telephone:    408.557.0300
   Facsimile:    408.557.0309
9  spcohnlaw@aol.com

10 Attorney for Defendant

11

12         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
13

14 JOLENE KALANI A. SPEARS,                  Case No. C 04 01721 JW

15           Plaintiff,                      **STIPULATION FOR ENTRY OF
                                             JUDGMENT**
16         v.

17 ALL BAY ELECTRIC, INC., ROBERT SZTUK
   and DAVID SZTUK,
18
             Defendants.
19

20         The parties in the above-entitled matter, through their respective counsel, hereby stipulate

21 that judgment shall be entered in favor of Plaintiff and against All Bay Electric, Inc. and Robert

22 Sztuk, individually, in the amount of $100,000.00.

23         This Stipulation for Judgment has been with the Court consistent with the terms spelled out

24 in that Release and Settlement Agreement between the parties dated and signed on the same date as

25 this Stipulation.

26

27

28
                                                                                                   1

   STIPULATION FOR ENTRY OF JUDGMENT
   CASE NO. C 04 01718 JW

1

2
Dated: March ___, 2005          WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER

3

4
By _____
ROBERT E. JESINGER
Attorney for Plaintiff

5

6
Dated: March ___, 2005          ADVOCACY CENTER FOR EMPLOYMENT LAW

7

8
By _____
STEVEN PAUL COHN
Attorney for Defendant

9

10
    IT IS SO ORDERED

11

12

13
Dated:__7/1/05_____          __/s/ James Ware_____
James Ware
14
Judge, US District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION FOR ENTRY OF JUDGMENT
CASE NO. C 04 01718 JW